UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Bruce C. Field and Ruth A. Field,                    Case No. 14-04031
                                                     Chapter 13

        Debtors.

_____

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

NOW COME the Debtors and hereby request that this Honorable Court dismiss the Chapter

13 bankruptcy proceeding pursuant to 11 U.S.C. §1307(b).

Dated: 02/27/2015                    /s/ Bruce C. Field
                                     Bruce C. Field, Debtor

                                     /s/ Ruth A. Field
                                     Ruth A. Field, Co-Debtor

                                     /s/ Robert E. McCarthy
                                     Robert E. McCarthy (P28450)
                                     Attorney for Debtors
                                     411-B W. Lake Lansing Road
                                     East Lansing, MI 48823
                                     tx: (517) 337-2000
                                     email: bmccarthylaw@hotmail.com