Form OSWD1 (06/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>    **Bruce C. Field**<br>    P.O. Box 279<br>    Laingsburg, MI 48848<br>    SSN: xxx–xx–9626<br>    **Ruth A. Field**<br>    P.O. Box 279<br>    Laingsburg, MI 48848<br>    SSN: xxx–xx–7171<br><br>                                **Debtors** | **Case Number 14–04031–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

## ORDER DISMISSING CHAPTER 13 CASE

PRESENT: Honorable John T. Gregg
United States Bankruptcy Judge

The Debtors filed a motion in accordance with 11 U.S.C. § 1307(b) to dismiss the chapter 13 case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, § 1112, or § 1208.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Debtors' motion is GRANTED;

2. This chapter 13 case is dismissed, and all provisions of 11 U.S.C. § 349 shall be effective unless a subsequent paragraph of this Order shall otherwise provide;

3. That Barbara P. Foley shall file the final report and account; and

4. That all orders which have been entered, if any, requiring the employer of the Debtors to submit monies to the chapter 13 Trustee are hereby terminated as of the entry of this Order.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order Dismissing Chapter 13 Case pursuant to Fed. R. Bankr. P. 9022 and LBR 5005–4 upon the Debtors, the Attorney for the Debtors (if appropriate), the chapter 13 Trustee, and upon each of the creditors of said Debtors in accordance with the provisions of Rule 2002 and such service shall constitute the notice required under Rule 1017.

Dated:  March 2, 2015

BY THE COURT

_____
John T. Gregg
United States Bankruptcy Judge